VLOCK & ASSOCIATES, P.C.
Attorneys for Jil Mazer-Marino, as
Chapter 7 Trustee for Breakaway Fashion, Inc.
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 557-0020
Stephen Vlock, Esq.

UNITED STATES BANKRUPTCY COURT　　　　　　Index No. 17-12980-cgm
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X　　Chapter 7
In re

　　　　LAWRENCE MYRON GOLDFARB,

　　　　　　　　　　　　　　　　　　Debtor.
-------------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF ORDER FOR RULE 2004 EXAMINATION OF THE DEBTOR AND FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE AND OPPORTUNITY FOR HEARING

　　　PLEASE TAKE NOTICE, that upon the annexed motion of JIL MAZER-MARINO, as Chapter 7 Trustee for Breakaway Fashion, Inc., dated January 17, 2018, by her attorneys Vlock & Associates, P.C., and the exhibits annexed thereto, the undersigned will present the within Order to the Honorable Cecilia G. Morris, Chief United States Bankruptcy Judge, at the courthouse located at One Bowling Green, New York, New York, on February 8, 2018 at Noon.

　　　PLEASE TAKE FURTHER NOTICE, that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

PLEASE TAKE FURTHER NOTICE, that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE, that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

Dated:     New York, New York
             January 17, 2018

VLOCK & ASSOCIATES, P.C.
Attorneys for Jil Mazer-Marino, as Chapter 7 Trustee for Breakaway Fashion, Inc.
630 Third Avenue, 18th Floor
New York, New York 10017
(212) 557-0020

By: s/*Stephen Vlock*
Stephen Vlock, Esq.