1. All documents, including but not limited to monthly account statements, checks, and deposit slips, relating to checking, savings, and all other types of accounts, foreign or domestic, in which LAWRENCE M. GOLDFARB (hereinafter referred to as "Goldfarb") had any interest in or in which Goldfarb had any signatory authority, during the period 2010 to the present.

2. All documents, including but not limited to applications, financial statements, etc., submitted to any bank, financial institution, or any other person or entity, by or on the behalf of Goldfarb, for any loan or advance, in any capacity (borrower, guarantor, or surety) during the period 2010 to the present.

3. All documents related to any account into which any of Goldfarb's earnings or other income has been deposited, during the period 2010 to the present.

4. All documents relating to all safe deposit boxes or other bank-secured areas that Goldfarb has access to, during the period 2010 to the present.

5. All documents relating to retirement accounts, including but not limited to IRA's and 401K's, and accounts "rolled over", in which Goldfarb had any interest, during the period 2010 to the present.

6. All documents, including but not limited to invoices and statements, relating to Goldfarb's household and personal expenses, whether paid directly by Goldfarb or through another person or entity, during the period 2010 to the present.

7. All documents, including but not limited to deeds, mortgages, leases, tax statements, appraisals, liens, etc., that relate to any real property in which Goldfarb had any interest, during the period 2010 to the present.

8. All documents that evidence Goldfarb's name on any real property tax records during the period 2010 to the present.

9. All promissory notes or mortgages signed by Goldfarb during the period 2010 to the present.

10. All documents, including but not limited to certificates of title, registrations, leases, etc., evidencing Goldfarb's interest in any vehicle, car, truck, trailer, boat, watercraft, motorcycle, four-wheeler, recreational vehicle, go-kart, aircraft, agricultural equipment, or construction equipment, during the period 2010 to the present.

11. All documents evidencing money or property due or owing to Goldfarb, during the period 2010 to the present.

12. All documents, including but not limited to homeowners' insurance, umbrella insurance, etc., that have insured any property that Goldfarb had any interest in or in which Goldfarb's name appears, during the period 2010 to the present.

13. All documents evidencing household furnishings and fixtures having a value of $1,000 or more in which Goldfarb had any interest during the period 2010 to the present.

14. All documents evidencing all collectibles, including but not limited to stamps, coins, sports cards, etc.) in which Goldfarb had any interest, during the period 2010 to the present.

15. All documents relating to all firearms, jewelry, antiques and artwork in which Goldfarb had any interest during the period 2010 to the present.

16. All documents evidencing any interest of Goldfarb in any intellectual property, including but not limited to patents, trademarks, copyrights, franchises, royalties, oil and gas rights, timber rights and/or mineral rights, during the period 2010 to the present.

17. All documents that identify the name and addresses of any person or entity that has employed Goldfarb for the period 2010 to the present.

18. All documents that identify any person or entity for whom Goldfarb has acted as an independent contractor, during the period 2010 to the present.

19. All documents referring in any way, directly or indirectly, to businesses in which Goldfarb has been or is currently a member, stockholder, partner, officer, director, owner, principal, or registered agent, during the period 2010 to the present.

20. All documents, including but not limited to corporate books and records, articles of organization, minutes of meetings, resolutions, etc., relating to any entity in which Goldfarb has had any interest, during the period 2010 to the present.

21. All federal, state and local tax returns filed by or on behalf of Goldfarb during the period 2010 to the present, and including but not limited to all attachments, schedules, W-2's, K-1's, 1099 and 1098 forms.

22. All documents relating to all salaries, commissions, bonuses, income from employment, wages, dividends, royalties, allowances, expenses and other sums of money paid to or on behalf of Goldfarb during the period 2010 to the present.

23. All employment contracts relating to Goldfarb during the period 2010 to the present.

24. All documents relating to all investments of Goldfarb, including but not limited to stocks, bonds, mutual funds, debentures, certificates of deposit, etc., owned or held for the benefit of Goldfarb, during the period 2010 to the present.

25. All documents relating to life insurance policies in which Goldfarb had any interest, during the period 2010 to the present.

26. All documents relating to trusts in which Goldfarb has had any interest, including but not limited to grantor, settlor, trustee, or beneficiary, during the period 2010 to the present.

27. All documents evidencing all trusts to which Goldfarb has directly or indirectly contributed any assets, during the period 2010 to the present.

28. All pre- and post-nuptial agreements relating to Goldfarb, during the period 2010 to the present.

29. All Wills, codicils and amendments, in which Goldfarb had any interest or in which Goldfarb's name appears, including but not limited to testator, executor, trustee, beneficiary, etc., during the period 2010 to the present.

30. All passports in the name of Goldfarb during the period 2010 to the present.

31. All credit card statements for all credit cards in the name of Goldfarb or used by Goldfarb, during the period 2010 to the present.

32. All documents relating to storage facilities to which Goldfarb had access, during the period 2010 to the present.

33. All financial statements that Goldfarb caused to be prepared for any person or entity, during the period 2010 to the present.

34. All professional licenses held by Goldfarb, during the period 2010 to the present.

35. All driver's licenses held by Goldfarb during the period 2010 to the present.

36. Goldfarb's birth certificate.

37. All divorce decrees and all affidavits submitted in divorce proceedings involving Goldfarb.

38. All other documents relating to Goldfarb's assets, income, liabilities and expenses during the period 2010 to the present.