| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------------X<br>In re<br><br>      LAWRENCE MYRON GOLDFARB,<br><br>                                      Debtor.<br>-------------------------------------------------------------------X | Index No. 17-12980-cgm<br><br>Chapter 7 |

**ORDER DIRECTING EXAMINATION AND PRODUCTION OF
DOCUMENTS BY DEBTOR PURSUANT TO FED. R. BANKR. P. 2004
AND EXTENDING TIME TO OBJECT TO DISCHARGE OR TO
<u>DETERMINE THE DISCHARGEABILITY OF DEBTS</u>**

Upon the motion by Notice of Presentment, dated January 17, 2018 (the "Motion"), of JIL MAZER-MARINO, as Chapter 7 Trustee for Breakaway Fashion, Inc. ("Mazer-Marino"), for an order, pursuant to Fed. R. Bankr. P. 2004, directing the examination of the debtor herein, LAWRENCE MYRON GOLDFARB (the "Debtor") and the Debtor's production of documents within his possession, custody or control, and to extend the time to object to the discharge of the Debtor or to determine the dischargeability of debts; and, after due deliberation, sufficient cause appearing for the requested relief, as provided herein; and no objection thereto having been filed; now, therefore, it is hereby

ORDERED, that the Motion is granted as provided herein; and it is further

ORDERED, that the Debtor shall appear for examination, under oath, at the offices of VLOCK & ASSOCIATES, P.C., counsel for Mazer-Marino, 630 Third Avenue, 18th Floor, New York, New York 10017, at a time to be specified by Mazer-Marino's attorneys upon at least thirty days' notice to the Debtor together with a copy of this Order; and it is further

ORDERED, that the Debtor shall produce to counsel for Mazer-Marino, at least ten business days before the examination referred to in the preceding paragraph, all of the documents in his possession, custody or control listed in Exhibit A to the Motion; and it is further

ORDERED, that the examination and production required by this Order is subject to any applicable privilege; provided, that if any document is withheld on the basis of privilege, the Debtor shall provide Mazer-Marino's counsel with a proper privilege log at the time of the document production hereunder; and it is further

ORDERED, that the time of Mazer-Marino to file a complaint objecting to the discharge of the Debtor or to determine the dischargeability of debts is hereby extended to and including April 17, 2018.

Dated:      New York, New York
            _____, 2018

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE