UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re

Lawrence Myron Goldfarb,                      Case No. 17-12980 (CGM)
                                                                                Chapter 7 Case
                                     Debtor.
---------------------------------------------------------------x

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO CONDUCT DISCOVERY UNDER BANKRUPTCY RULE 2004

Angela Tese-Milner, Chapter 7 trustee (the "**Trustee**") of the estate of Lawrence Myron Goldfarb, debtor (the "**Debtor**"), having filed an application (the "**Application**")[1] pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") for an order (a) directing the parties identified on Exhibit A to the Application (the "**Examination Parties**") to produce certain documents to the Trustee and to appear for examination pursuant to Bankruptcy Rule 2004, and (b) authorizing the Trustee to discover books, records, documents and information and to examine persons and entities determined to possess information relevant to the investigation, to obtain all information that is relevant to the Debtor's estate in the possession, custody or control of the Examination Parties [ECF Doc. No. 77]; and it appearing that due and sufficient notice of the Application having been given and no further notice need be given; and Ivory Co., Ltd. and Ivory Vietnam -Thank Hoa Co., Ltd. ("**Ivory**") having filed an objection to the Application [ECF Doc. No. 85] (the "**Ivory Objection**"); and a hearing on the Application and the Ivory Objection having been scheduled for July 12, 2018 [ECF Doc. No. 86]; and the Trustee having withdrawn, without prejudice, her Application only as to Ivory [ECF Doc. No. 101]; and the hearing on the Application and the

---
[1] Terms not otherwise defined herein shall have the meaning ascribed in the Application.

Ivory Objection scheduled for July 12, 2018 being moot; and sufficient cause appearing therefor; it is

ORDERED that the Application is granted except as to Ivory; and it is further

ORDERED that the Trustee is authorized to issue and serve subpoenas (each, a "**Subpoena**") for production of documents and to examine the Examination Parties identified on Exhibit A annexed hereto, except as to Ivory, in accordance with Federal Rule of Civil Procedure 45; and it is further

ORDERED that this Court shall retain jurisdiction and authority to enforce and resolve any issues with respect to the relief provided by this Order.



Dated: July 19, 2018
 New York, New York

*/s/ Sean H. Lane*
_____
*Sean H. Lane*
*United States Bankruptcy Judge*