# EXHIBIT A

## Examination Parties

| Examination Party | Relationship to Debtor |
|---|---|
| Gail Helene Goldfarb<br>250 W 93 St., #9H<br>New York, NY 10025 | wife/co-trustee of family trust |
| Russell Goldfarb<br>30 Butler St.<br>Cos Cob, CT 06807 | son/business associate |
| Kristin D. Goldfarb<br>30 Butler St.<br>Cos Cob, CT 06807 | daughter in law (wife of Russell Goldfarb) |
| Dani Nadel<br>680 West End Ave., Apt. # 5B<br>New York, NY 10025 | daughter/co-trustee of family trust |
| David Goldberg<br>680 West End Ave., Apt. # 5B<br>New York, NY 10025 | son in law (husband of Dani Nadel) |
| Ivory Co., Ltd.<br>c/o Wayne Greenwald, P.C.<br>Attn: Wayne Greenwald, Esq.<br>475 Park Avenue South – 26th Floor<br>New York, NY 10016 | creditor |
| Ivory Vietnam -Thank Hoa Co., Ltd.<br>c/o Wayne Greenwald, P.C.<br>Attn: Wayne Greenwald, Esq.<br>475 Park Avenue South – 26th Floor<br>New York, NY 10016 | creditor |
| G 18 Corporation<br>215 W. 40th St., 9 FL<br>New York, NY 10018 | company owned by Debtor |
| Finewear Fashions Inc.<br>215 W. 40th St., 9F<br>New York, NY 10018 | company owned by Debtor |
| Fabritex Inc.<br>215 W. 40th St. 9F<br>New York, NY 10018 | company owned by Debtor |
| LG 24 Corp<br>215 West 40th St. 9F<br>New York, NY 10018 | company owned by Debtor |
| Main Street Apparel Corporation<br>215 West 40th St.<br>New York, NY 10018 | company owned by Debtor |

| | |
|---|---|
| KIK LLC<br>333 East 102 Street, Suite 807<br>New York, NY 10029<br><br>KIK LLC<br>c/o Spiegel & Utera, P.A., P.C.,<br>Registered Agent<br>1 Maiden Lane, 5th Floor<br>New York, NY 10038 | company owned by Debtor |
| KIK Fashions Inc.<br>215 West 40th Street, Floor 9<br>New York, NY 10018<br><br>KIK Fashions Inc.<br>c/o Spiegel & Utera, P.A., P.C.,<br>Registered Agent<br>1 Maiden Lane, 5th Floor<br>New York, NY 10038 | company owned by Debtor |
| TRUE Model Management, L.L.C.<br>207 E. 74th St., Apt. 8D<br>New York, NY 10021<br><br>TRUE Model Management, L.L.C<br>265 W. 37th St.<br>New York, NY 10018 | contractor/modeling agency |
| Jacob Korogodsky<br>2076 19th St., Apt. 2A<br>Astoria, NY 11105-4111<br><br>Jacob Korogodsky<br>c/o Kory Group, Inc.<br>401 East 86th St., Suite 15<br>New York, NY 10028 | owner of trademarks used by Debtor |
| Kory Group Inc.<br>401 East 86th Street, Suite 15N<br>New York, NY 10028<br><br>Kory Group Inc.<br>c/o Spiegel & Utera, P.A., P.C.,<br>Registered Agent<br>1 Maiden Lane, 5th Floor<br>New York, NY 10038 | company owned by Jacob Korogodsky/customer |
| Ken Du/Kenny Do<br>133-10 39th Ave.<br>Flushing, NY 11354 | accountant |

| | |
|---|---|
| Wei Wei & Co.<br>133-10 39th Avenue<br>Flushing, NY 11354 | accountant |
| JP Morgan Chase & Co.<br>c/o CT Corporation System<br>111 8th Avenue, 13th Floor<br>New York, NY 10017<br><br>J.P. Morgan Chase & Co.<br>270 Park Avenue<br>New York, NY 10017<br><br>JPMorgan Chase Bank, N.A.<br>7610 W. Washington St., Fl. 1<br>Indianapolis, IN 46231 | bank |
| Wells Fargo<br>c/o Corporation Service Company,<br>Registered Agent<br>80 State Street<br>Albany, NY 12207-2543 | bank |
| Capital One Bank USA, N.A.<br>Attn: 12070-7000 (Subpoena Dept.)<br>15000 Capital One Drive<br>Richmond, VA 23238-1119<br><br>Capital One Bank USA, N.A.<br>c/o Corporation Service Company,<br>Registered Agent<br>80 State Street<br>Albany, NY 12207-2543 | credit card |
| Bank Leumi USA<br>579 Fifth Avenue<br>New York, NY 10017<br><br>Bank Leumi USA<br>c/o Parker Chapin Flattau & Klimpl<br>Attn: James M. Jacobson<br>530 Fifth Avenue<br>New York, NY 10036 | issued letters of credit |
| E*Trade<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543<br><br>E*Trade<br>671 N. Glebe Rd., 16th Floor<br>Arlington, VA 22203 | financial accounts |